THE BOEING COMPANY, ET AL, *Respondents,* v. CONSTRUCTION ERECTORS AND FABRICATORS COMPANY, INC., *Defendant,* HARTFORD ACCIDENT AND INDEMNITY COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-2-03068-4, Paul D. Hansen, J.,

entered February 18, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Grosse, JJ.